UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov


IN RE:  Amanda and Michael McIntosh                    CASE NO.: 02-25039-RBR

Debtor.                                                                   Chapter 7

_____/


## <u>MOTION TO REOPEN CASE TO HEAR MOTION FOR SANCTIONS AGAINST</u>

## <u>FLORIDA CREDIT RESEARCH INC.</u>

COMES NOW, the Debtor, Amanda McIntosh n/k/a Amanda Sievert, by and through the undersigned counsel, files this Motion to Reopen Case to Hear Motion for Sanctions Against Florida Credit Research Inc, and in support states as follows:

1. The Debtor filed her Voluntary Petition for Chapter 7 Bankruptcy Relief on July 8, 2002.

2. The Court issued a Discharge on October 22, 2002.

3. The Court closed this case on October 23, 2002.

4. The Schedules filed in this case included Direct Merchants Bank with a PO Box address taken from the credit report or credit card bill.

5. Metris Companies Inc. (NYSE:MXT), was based in Minnetonka, Minnesota, and was one of the largest bankcard issuers in the United States. The Company issued credit cards through Direct Merchants Credit Card Bank, N.A., a wholly-owned subsidiary in Phoenix, Arizona before being purchased by HSBC Finance Corp in 2005.

6. Metris Companies, Inc. had actual notice of the bankruptcy from service to Direct Merchants Credit Card Bank, N.A as a wholly owned subsidiary who operated as the face of the consumer credit business of Metris Companies, Inc.

7. At some point Metris Companies Inc. assigned this debt along with others to Florida Credit Research Inc.

8. On March 20, 2003, Florida Credit Research Inc. filed a complaint to collect on the otherwise discharged debt.

9. Florida Credit Research Inc. obtained a default final judgment on November 13, 2003 on the otherwise discharged debt.

10. Between December 2003 and July 14, 2022, no action was taken on the case.

11. On February16, 2023 the Clerk of Court issued a writ of garnishment against the Debtor's bank account to collect the otherwise discharged debt.

12. On March 2, 2023, Florida Credit Research Inc served an Answer of Garnishee informing the court they had frozen the account pursuant to the Writ of Garnishment and were holding $21,117.46 of the Debtors funds.

13. On March 21st 2023, former state Court counsel filed a Motion to Dissolve Writ of Garnishment, based upon the bankruptcy filing.

14. On March 27sth 2023, filed a Motion for Final Judgment in Garnishment, which specifically references this bankruptcy, but claims no actual notice because Metris wasn't the entity on the bankruptcy schedules the debt is non-dischargeable.

15. The Motion for Sanctions will be filed contemporaneously with this Motion to Reopen Case.

16. Due to the threat of an order being entered on the Motion for Final Judgment in Garnishment in State Court, as well as the inaccessibility of over $21,000 of the Debtor's funds an expedited hearing is requested on both this Motion and the Motion to Reopen Case.

17. Pursuant to Local Rule 5010-1(A)(1), there is no fee associated with reopening the case as this action to enforce the discharge entered in this case.

18. The Debtor requests this Court Reopen the case to allow an Order be entered regarding the Motion for Sanctions against Florida Credit Research Inc.

WHEREFORE, the Debtor, Amanda McIntosh n/k/a Amanda Sievert, prays this Honorable Court enter an Order Reopening the Bankruptcy, hear the Motion for Sanctions, and for any and all further relief the Court deems just and proper.

Respectfully submitted, this April 14th, 2023 by:

/s/ Robert A Gusrae, Esq.
Law Office of Robert A. Gusrae, Esq.
433 Plaza Real Ste 275
Boca Raton FL 33432
Phone: 561-716-4690
Email: Gusraelaw@gmail.com
FBN: 99793