

**ORDERED in the Southern District of Florida on January 12, 2024.**

Scott M. Grossman, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

MICHAEL MCINTOSH and
AMANDA MCINTOSH,

Case No. 02-25039-SMG

Chapter 7

Debtors.
_____/

## JUDGMENT

In accordance with the Court's *Memorandum Opinion and Order Sanctioning Florida Credit Research, Inc. for Violating the Discharge Injunction* dated January 12, 2024,[1] it is **ORDERED** that judgment is entered against Florida Credit Research, Inc., whose address is 100 NW 70th Avenue, Suite 200, Plantation, FL 33317, and in favor of Amanda McIntosh, in the total amount of **$64,686.93**, for which let execution issue forthwith.

# # #

*Copies furnished to all counsel of record via CM/ECF.*

---

[1] ECF No. 52.